UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
WENDY GARCIA,

                       Plaintiff,                          23 **CIVIL** 5861 (MKV)

             -v-                                    **<u>JUDGMENT</u>**

MARTIN O'MALLEY,
COMMISSIONER OF SOCIAL SECURITY,

                       Defendant.
-----------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Stipulation and Order dated April 1, 2024, that this action be, and hereby is, reversed and remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings, a new hearing, and issuance of a new decision. See Shalala v. Schaefer, 509 U.S. 292 (1993).

**Dated:**  New York, New York

      April 1, 2024

                                                                 **RUBY J. KRAJICK**
                                                                  **Clerk of Court**

                                         **BY:**
                                                                   **Deputy Clerk**